**Dismissed and Opinion Filed March, 2, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00027-CV

## IN THE ESTATE OF BASKIN CULPEPPER, DECEDENT

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-01307-2**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Miskel
Opinion by Justice Pedersen, III

Appellant Kimberly King has filed a motion requesting dismissal of her

appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

220027F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE ESTATE OF BASKIN
CULPEPPER, DECEDENT

No. 05-22-00027-CV

On Appeal from the Probate Court
No. 2, Dallas County, Texas
Trial Court Cause No. PR-17-01307-2.
Opinion delivered by Justice
Pedersen, III. Justices Molberg and
Miskel participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellant Kimberly King bear all costs of this appeal.

Judgment entered this 2nd day of March, 2023.